DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| | | | |
|---|---|---|---|
| 375A14 | Arnesen et al. v. Rivers Edge Golf Club and Plantation, Inc., et al. | Plt's Motion for Extension of Time to File Reply Brief | Allowed **01/26/2015** |
| 375P09-3 | State v. Avenger Ridgeway | 1. Def's *Pro Se* Petition for Writ of Mandamus (COAP13-292) <br><br> 2. Def's *Pro Se* Motion to Amend Petition for Writ of Mandamus | 1. Denied <br><br> 2. Dismissed as moot |
| 376A14 | Anderson, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc., et al. | Plt's Motion for Extension of Time to File Reply Brief | Allowed **01/26/2015** |
| 377A14 | Barton, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc., et al. | Plaintiff's Motion for Extension of Time to File Reply Brief | **Allowed 01/26/2015** |
| 378A14 | Barry, et al. v. Ocean Isle Palms, Inc., et al. | Plaintiff's Motion for Extension of Time to File Reply Brief | Allowed **01/26/2015** |
| 379A14 | Beadnell, et al. v. Coastal Communities at Ocean Ridge Plantation, Inc. et al. | Plaintiff's Motion for Extension of Time to File Reply Brief | Allowed **01/26/2015** |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Motion to Admit Francisco M. Negron, Jr. *Pro Hac Vice* | Allowed **01/30/2015** |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Motion to Withdraw | Allowed **02/02/2015** |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | 1. Motion to Admit Michael A. Rebell *Pro Hac Vice* <br><br> 2. Campaign for Educational Equity, Teachers College, Columbia University's Motion for Leave to File Amicus Brief | 1. Allowed **02/04/2015** <br><br> 2. Allowed **02/04/2015** |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Def-Intervenor's Motion to Substitute Party | Allowed **02/10/2015** |